# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Idia Michelle Piacentini-Rivera            Docket No. 7:11-MJ-1294-1

### Petition for Action on Probation

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Idia Michelle Piacentini-Rivera, who, upon an earlier plea of guilty to Larceny of Personal Property, 18 U.S.C. § 661, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 8, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay restitution in the amount of $800 during the course of supervision as instructed by the U.S. Probation officer.

2. The defendant shall pay a special assessment in the amount of $25 as dirceted.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has a history of mental health problems. The U.S. Marines Investigative Report regarding the instant offense revealed the probationer had attempted suicide on three separate occasions in the last six months. Furthermore, on the day of her sentencing, she admitted to prior use of marijuana and other illegal drugs. It is this probation officer's belief the probationer would benefit from both mental health and drug aftercare treatment. The supervising probation officer discussed treatment options with the probationer and she agreed to modifying her conditions to include the mental health and drug aftercare conditions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Idia Michelle Piacentini-Rivera
Docket No. 7:11-MJ-1294-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: February 17, 2012

## ORDER OF COURT

Considered and ordered this 16th day of February, 2012, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge